IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC<br>a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, subscriber assigned IP address<br>73.22.97.236,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 1:21-CV-05386<br>)<br>)　The Honorable Martha M. Pacold<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S UNOPPOSED MOTION TO STAY
### COMPLIANCE WITH PLAINTIFF'S THIRD-PARTY SUBPOENA[1]

Now comes Defendant John Doe, subscriber assigned IP address 73.22.97.236, through its counsel, seeking an order staying compliance with Plaintiff's *ex parte* third-party subpoena to Comcast. In support thereof, Defendant states as follows:

1.　On October 11, 2021, Plaintiff filed its Complaint naming "John Doe, subscriber assigned IP address 73.22.97.236" as Defendant in this action. [Doc. 1.]

2.　On October 18, 2021, Plaintiff filed an *ex parte* Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference. [Doc. 7.]

3.　On October 22, 2021, the Court granted the motion authorizing Plaintiff to serve Comcast Cable ("Comcast") with a subpoena. [Doc. 9.] A copy of the subpoena is attached as Exhibit 1. The subpoena requires Comcast to produce documents identifying the name and address of the individual who is associated with IP address 73.22.97.236 on November 26, 2021.

---

[1] Pursuant to this Court's Motion Practice standing order, Defendant conferred with Plaintiff's counsel regarding its agreement or opposition to the instant motion. Plaintiff's counsel agrees to the relief requested herein, but does not agree with some of the statements in the motion, including paragraph 7.

4. On or about the first week in November, Defendant received a letter from Comcast stating that it would comply with the subpoena unless Defendant filed, by November 23, a motion directed at the subpoena.

5. On November 15, 2021, Defendant retained the undersigned counsel. Although counsel has been diligently reviewing the court filings and researching legal issues, he has yet to decide the substance of the motion(s) Defendant will file in response to the subpoena. Indeed, because of other professional commitments and the upcoming Thanksgiving Day holiday, counsel does not anticipate filing any motion(s) until December 3, 2021.

6. Thus, in order to preserve the status quo and the disclosure of Defendant's name and address, Defendant respectfully requests that the Court enter an order staying compliance with the Comcast subpoena until the Court rules upon Defendant's forthcoming motion(s).

7. Defendant notes that there have been numerous courts, including this one, which have recognized the harmful effect of disclosing the identity of individuals associated with IP addresses. *See e.g.*, *Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 76.249.154.44*, 2020 WL 6701105, at *2 (N.D. Ill. Nov. 13, 2020) (J. Aspen) (denying Plaintiff's *ex parte* Motion for Leave to Serve an Expedited Third-Party Subpoena Under Rule 45 Before the Rule 26(f) Conference and finding that "rubber stamping motions for expedited discovery to unveil identities behind IP addresses – when those identities do not necessarily reveal the wrongdoer's identity at the expense of false accusations – risks opening the flood gates to unscrupulous litigants who wish to use the federal courts as a tool to their extortion.")

8. No prejudice will come to Plaintiff if the Court grants this motion. It merely provides Defendant with the opportunity to challenge the subpoena before Comcast discloses the name and address associated with IP address 73.22.97.236. Defendant would have had this same

opportunity if the undersigned counsel had sufficient time to file a motion(s) before November 23, 2021.

9. Accordingly, Defendant respectfully requests that the Court enter an order staying compliance with the Comcast subpoena until the Court rules upon Defendant's forthcoming motion(s) which counsel intends to file no late than December 3, 2021.

Respectfully submitted,

By: /s/ Charles Chejfec
Attorney for Defendant

Charles Chejfec
The Law Offices of Charles Chejfec
Attorney for Plaintiff
580 Duane Street
Glen Ellyn, Illinois 60137
(630) 251-3035
Charles@Chejfeclaw.com