# EXHIBIT 1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| STRIKE 3 HOLDINGS, LLC | Civil Action No.: 1:21-cv-05386 |
|---|---|
| _Plaintiff_ | |
| v. | |
| John Doe subscriber assigned IP address 73.22.97.236, | |
| _Defendant._ | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Comcast of Illinois/Indiana, LLC
c/o  C T Corporation System
     1200 Southern Pine Island Road
     Plantation, FL 33324

**Serve: Via Email**

[X] _Production_: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please produce documents identifying the **name AND address ONLY** of the defendant John Doe listed in the below chart **AFTER** expressly following the instructions and limitations outlines by the Court in the attached Order.

| IP Address | Date/Time UTC |
|---|---|
| 73.22.97.236 | 09/19/2021 22:35:16 |

| | |
|---|---|
| Attn:  Samuel J. Tallman, Esq.<br>Place: Clark Hill PLC<br>130 East Randolph Street, Suite 3900<br>Chicago, IL 60601<br>T: (312) 517-7515<br>F: (312) 985-554<br>stallman@clarkhill.com | Date and Time:<br><br>November 26, 2021 @ 5:00 PM EST |

[ ] _Inspection of Premises_: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty